<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6270**

WILLIS LOUIS ALSTON,

                Petitioner - Appellant,

        v.

WARDEN TRACY JOHNS,

                Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, District Judge.  (5:12-hc-02046-FL)

Submitted:  June 20, 2013          Decided:  June 26, 2013

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willis Louis Alston, Appellant Pro Se.   Rudy E. Renfer, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Louis Alston, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Alston v. Johns, No. 5:12-hc-02046-FL (E.D.N.C. Jan. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED